UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROBERT KALIN HUCKFELDT,

      Plaintiff,                            Case No.  1:16-CV-1227

v.                                          Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 27, 2018.  The Report and Recommendation was duly served on the parties on February 27, 2018.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 27, 2018, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **REVERSED** and **REMANDED** to the Commissioner for further proceedings consistent with the February 27, 2018, Report and Recommendation.

This case is **concluded**.

Dated:  March 16, 2018                              /s/ Gordon J. Quist
                                             GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE