UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT KALIN HUCKFELDT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 1:16-CV-1227

Hon. Gordon J. Quist

## ORDER AND JUDGMENT ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 23, 2018. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 23, 2018 (ECF No. 19) is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the stipulated request for attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 18) is **GRANTED**. Plaintiff is hereby awarded attorney's fees in the amount of $4,432.50.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff and against Defendant in the amount of $4,432.50 in attorney's fees.

Dated: August 7, 2018

                                        /s/ Gordon J. Quist
                                       GORDON J. QUIST
                                    UNITED STATES DISTRICT JUDGE